UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRO. M VESEY EL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF CHILDREN FAMILY SERVICE(S), *et al.*,<br><br>　　　　Defendants. | No. 2:19-cv-08484-VBF-FFM<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto.  Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

　　IT IS ORDERED that judgment be entered dismissing this action with prejudice.

Dated:  May 18, 2020

　　　　　　　　　　　　　　　　　　　*Valerie Baker Fairbank*
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　　United States District Judge