JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRO. M VESEY EL, | No. 2:19-cv-08484-VBF-FFM |
| Plaintiff, | |
| v. | JUDGMENT |
| DEPARTMENT OF CHILDREN FAMILY SERVICE(S) *et al.*, | |
| Defendants. | |

Judgment is hereby entered in favor of all the defendants and against the plaintiff Bro. M Vesey El.  IT IS SO ADJUDGED.

Dated: May 18, 2020

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
United States District Judge